IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDRE SHELTON** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-5657 |
| | : | |
| **WALI CHAUDHRY, et al.** | : | |

## ORDER

This 27th day of January, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** pursuant to Rule 11 of the Federal Rules of Civil Procedure that:

1. Attorney Marc I. Simon is **REPRIMANDED** for violating Rule 11(b). Practicing law is a privilege that comes with significant responsibilities to clients, other parties, the Court, taxpayers, and society at large. Failing to comply with the duties of an attorney by filing pleadings containing false representations and legally unsupportable contentions is a violation of Rule 11 that wastes resources.

2. Attorney Marc I. Simon shall personally **PAY $7,500** to the Clerk's Office, United States District Court of the Eastern District of Pennsylvania, within ten (10) days of this Order. This sum shall not be counted as a litigation expense, or in any way be deducted from any judgment or settlement Plaintiff Shelton may ultimately collect.

3. Attorney Marc I. Simon is **DIRECTED TO** distribute a copy of the accompanying Memorandum Opinion to every attorney at Simon & Simon, PC, as well as to any other staff involved in the drafting of complaints. Marc I. Simon shall submit to Chambers documentation of this distribution within ten (10) days of this Order.

 /s/ Gerald Austin McHugh
United States District Judge